IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00751-LTB

CHRIS TILLOTSON,

    Applicant,

v.

WILLIAM MAY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 7, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 7th day of July, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/K Lyons
                            Deputy Clerk